UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 11-12560 |
| HILL, MELISSA LYNN | ) | Chapter 7 |
|     Debtors. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO REQUIRE DEBTOR TO PROVIDE ACCESS TO, AND TO TURNOVER POSSESSION OF, REAL PROPERTY OF THE ESTATE**

This matter came before the Court on January 16, 2014, on the Trustee's motion for access to, and possession of, real property of the estate, to which no objection was filed or such objection was overruled at the hearing. The Court finds that the real property located at 27 S. Oakland Drive, Lafayette, Georgia (the "Oakland Property") is property of the estate under 11 U.S.C. § 541(a)(5)(A) and that the Trustee is entitled to access and possession. Consequently, it is ordered that the debtor shall provide the Trustee immediate and repeated access to the Oakland Property on 24 hours' written notice by the Trustee to her attorney and that she is ordered not to interfere with the Trustee's inspection of the Oakland Property if she is living in the Oakland Property. Regardless of whether

Ms. Hill is occupying the Oakland Property, she is ordered to turn over possession of the Oakland Property to the Trustee on 10 days' written notice from the Trustee to Ms. Hill's attorney.

# # #

APPROVED FOR ENTRY BY:

JOHNSON & MULROONY, P.C.

By: */s/ Elisabeth B. Donnovin*
      Elisabeth B. Donnovin (B.P.R. 018365)
      428 McCallie Avenue
      Chattanooga, Tennessee 37409
      (423) 413-0685
      (423) 266-6906 (facsimile)
      edonnovin@johnsonmulroony.com
          Counsel for the Trustee